UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HEATHER BAKER DAVIS,

     Plaintiff,

v.                                                         CIVIL ACTION NO. 2:10CV30

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

## ORDER/OPINION

On August 24, 2010, the Court ordered Plaintiff to show good cause for her failure to timely file her Motion for Summary Judgment and Memorandum in Support in accord with the Local Rules. On September 7, 2010, Plaintiff, through counsel, filed her Response to that Order. Upon consideration of which, the Court finds Plaintiff has shown good cause for her failure to timely file her Motion for Summary Judgment and Memorandum in Support. Plaintiff's Motion and Memorandum are therefore filed as of September 7, 2010. Defendant shall file his Motion for Summary Judgment and Memorandum in Support on or before October 13, 2010.

The Clerk is directed to send a copy of this Order to counsel of record.

DATED: September 8, 2010.

                                                  *John S. Kaull*
                                                  JOHN S. KAULL
                                                  UNITED STATES MAGISTRATE JUDGE